*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

**NOTICE**

UNITED STATES OF AMERICA

        V.        CASE NUMBER: 4:17CR119 M-V

ROESHA SANDERS

**TAKE NOTICE** that a proceeding in this case has been SET for the place, date, and time set forth below:

**Place**
UNITED STATES FEDERAL BUILDING
911 JACKSON AVENUE
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 3 EAST - THIRD FLOOR

**Date and Time**
THURSDAY, NOVEMBER 9, 2017, 3:00 PM

**Type of Proceeding**

**WAIVER OF INDICTMENT/ FILING OF INFORMATION/
PLEA AS TO COUNT ONE OF THE INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE MICHAEL P. MILLS.**

DAVID CREWS, Clerk of Court

    /s/ Sallie Wilkerson
(BY) Sallie Wilkerson - Courtroom Deputy

Date: October 31, 2017

To:    Clayton A. Dabbs  (electronic notice only)      U.S. Probation Service  (electronic notice only)

       M. Kevin Horan  (electronic notice only)       U.S. Marshal Service  (electronic notice only)

       Samuel David Norquist  (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 or Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.**