UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                     CRIMINAL NO. 4:17CR 119-MPM-JMV

ROESHA SANDERS

## INFORMATION
(On Waiver of Indictment)

The Acting United States Attorney charges that:

### Count One

From on or about October 2012 to on or about March 2013, in the Northern District of

Mississippi, ROESHA SANDERS, defendant, aided and abetted by Charlene Brandon, who is

not charged in this Information, and others known and unknown to the Acting United States

Attorney, did knowingly and willfully make and cause to be made a false statement and

representation of a material fact in an application for a benefit and payment under a Federal

health care program; that is, ROESHA SANDERS, in her position as director of marketing for

Haven Hospice, participated in the enrollment of patient E.C. into Haven Hospice which resulted

in the submission of claims by Haven Hospice to Medicare and the payment of approximately

$23,825 in Medicare funds to Haven Hospice, when in truth and in fact, as SANDERS knew,

E.C. was not a hospice appropriate patient and the claims submitted to Medicare related to E.C.

were fraudulent, all in violation of Title 42, United States Code, Section 1320a-7b(a)(1) & Title

18 United States Code, Section 2.,

CHIEF, CRIM. DIV

ROBERT H. NORMAN
Acting United States Attorney

FOR: