**CRIMINAL CASE COVER SHEET**            **U.S. DISTRICT COURT**

Complete entire form

**Place of Offense:**
City: Cleveland
County: Bolivar

**Related Case Information:**
Superseding: ☐ Yes ☑ No  If yes, Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number _____

**Defendant Information:**
Juvenile: ☐ Yes ☑ No  If yes, Matter to be sealed: ☐ Yes ☐ No
Defendant Name: Roesha Evette Sanders
Alias Name: _____
Address: Shelby, MS
DOB: 1968  SS#: xxx-xx-0321  Sex: F  Race: B  Nationality: _____
Represented by: S. David Norquist & M. Kevin Horan

**U.S. Attorney Information:** AUSA Clayton A. Dabbs  Bar # 101537
Interpreter: ☐ Yes ☑ No  List Language and/or dialect: _____

**Location Status:**
Pretrial Release ☑ Yes ☐ No   In Custody ☐ Yes ☑ No
Federal _____ State _____  Date of Arrest _____
Location _____

**U.S.C. Citations**
Total # of Counts: 1   ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  42:1320a-7b(a)(1) | False statement to Medicare | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

Date: 10/24/2017   Signature of AUSA: [signed]

**District Court Case Number:**
(To be entered by Clerk) _____